# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-145 |
| TUCKER CHAMBERS, | |
| Defendant. | |

## O R D E R

This matter comes before the Court on the Government's Motion to Dismiss. (Doc. 91.) Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court **GRANTS** the Government's Motion and **DISMISSES** Defendant Tucker Chambers from the above-captioned case without prejudice. The Court DENIES AS MOOT any pending motions as to Defendant Tucker Chambers and DIRECTS the Clerk of Court to TERMINATE him from this case.

**SO ORDERED**, this 17th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA